**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| COREY KEMP, et al. | : | NO. 04-370-02, 03, 04, 05, 06 |

**MEMORANDUM**

I.     Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.    Motions for Judgment of Acquittal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

III.   Motions for New Trial - Common Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

      A.   Refusal to Allow a Continuance of the Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

      B.   Conduct of Voir Dire . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

      C.   The Court Did Not Abuse its Discretion in the Handling of the Voir Dire . . . . . 19

      D.   The Court Did Not Abuse its Discretion in Excusing Juror No. 11 . . . . . . . . . . 23

IV.   Kemp's Motions for New Trial – Applicable to Defendant Kemp . . . . . . . . . . . . . . . . 29

      A.   Kemp Has Not Shown Any *Brady* Violations Warranting a New Trial . . . . . . . 29

            1.   Contentions of Defendant Kemp . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

            2.   Government's Contentions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

            3.   Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

      B.   The *Batson* Challenges Were Properly Overruled . . . . . . . . . . . . . . . . . . . . . . . 34

      C.   The Undersigned Appropriately Denied Kemp's Motion for Recusal . . . . . . . . 34

      D.   Kemp Was Not Prejudiced by Denial of Severance of Offenses . . . . . . . . . . . . 36

  E. The Court Did Not Deprive Kemp of a Fair Trial by the
   Ingrid McDaniels Rulings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

V. The Court Properly Revoked Kemp's Bail and Required Him
  To Start Serving his Sentence Immediately . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

VI. Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43