# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| COREY KEMP | : | NO. 04-370-02 |

## **ORDER**

AND NOW, this 11th day of December, 2009, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant Corey Kemp's Petition under 28 U.S.C. § 2255 (Doc. No. 880) to vacate his sentence is DENIED. There is no reason to issue a certificate of appealability.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\04-370-2 Kemp post conviction\Kemp - Order post-conviction petition.wpd